IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND J. BOSSINGER, JR. and HELEN BOSSINGER<br>Plaintiff<br><br>vs.<br><br>I.C. SYSTEMS, INC.<br>Defendant | CIVIL ACTION<br><br><br>NO. 08-4777 |

### STIPULATION OF DISMISSAL

AND NOW, this 25th day of November, 2008, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Marshall, Dennehey, Warner, Coleman and Goggin, P.C.

BY: 
Andrew M. Schwartz, Esquire
Attorney for Plaintiff